NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 22-75 consolidated with CA 22-74

JOANN BROOKS, ET AL.

VERSUS

LHCG XII, LLC, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20206278
HONORABLE KRISTIAN DENNIS EARLES, DISTRICT JUDGE

**********

**BILLY HOWARD EZELL**
**JUDGE**

**********

Court composed of Billy Howard Ezell, Jonathan W. Perry, and Gary J. Ortego, Judges.

**AFFIRMED.**

**Randall Scott Iles**
**Attorney at Law**
**P. O. Box 3385**
**Lafayette, LA 70502**
**(337) 234-8800**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
**Joann Brooks**
**Joedy Jeoffroy**
**Joann Brooks obo James Jeoffroy (deceased)**
**Joedy Jeoffroy obo James Jeoffroy (deceased)**

**J. Ryan Pierret**
**Judice & Adley**
**926 Coolidge Blvd**
**Lafayette, LA 70505-1769**
**(337) 235-2405**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**Dr. Mitchell Dugas**
**Dr. Fernando Alemany-Lopez**

**Julie Savoy**
**Gachassin Law Firm**
**P. O. Box 80369**
**Lafayette, LA 70598-0369**
**(337) 235-4576**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**LHCG XII, LLC**

**Hospital of Lafayette Louisiana Extended Care**
**LHCG XII, LLC**

**EZELL, Judge.**

For the reasons set forth in the companion consolidated case hereto, *Joann Brooks, et al. v. LHCG XII, LLC, et al.*, 22-74 (La.App. 3 Cir. __/__/__), ___ So.3d ___, Plaintiffs have clearly failed to produce reliable expert testimony as required for summary judgment purposes in support of their case. We find the trial court properly granted summary judgment and the judgments of the trial court are affirmed. All costs of this appeal are assessed to Plaintiffs.

**AFFIRMED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2-16.3.